RECEIVED
APR 11 2019
NOEL L. HILLMAN
U.S. DISTRICT JUDGE

To: Honorable Noel L. Hillman;
From: Anthony Spruill;
Docket Number: 1:12-CR-00515-NLH-1;
Subject: Request for early release, Pursuant to U.S.C. (34) section 60541(G)(1)(a)

Your Honor, I am writing you with the hope you will consider my request. Your Honor, with the new law in place, I will be eligible for home confinement. This doesn't include other credits I have earned through this bill. I want you to know that I am model prisoners, and that I served the Lord by helping my fellow inmates adjust to prison life. For the weak I step in to make them fel comfortable, and I do my best to keep the sharks off of them, if you know what I mean. Sir, The Lord has blessed me so I am able to provide for the basic necessity for the new inmates who come to this place with the help of other inmates, who are my christian brothers. Sir, I am the leader of our church hear at Canaan. The Lord has blessed me with many gifts, and I use them to benefit others. I have done many good things since coming to this camp to bring glory to God. Sir, It is only because of God's favor that I am able to protect certain inmates for harm. Sir, everything I said to you is the truth, God is my witness, and you can check with my case Manager Mr. Dun       . Sir, I want you to know that if granted, I am a Union Carpenter in good standing and well be employed with Local 253. My union is located at 136 Bergen Street, In Hackensack N.J.; My Union President is Joseph J Elmo. I am also a member of the Church in Montclair N.J. were I mentor kids, and have a choir with the younger kids, and help them to get to know God, and praise Him by song. Sir, I am not a danger to anyone, but a servant to all. I can be a tremendous to society if given the opportunity to do so. I have some great plans for my church as well as for my business in carpentry

and I also have plans with the city of Newark as far as property!! Your Honor, I believe you have some of my plans that I started on in your records. Nevertheless, I have written you in the past requesting reconcideration of my sentence.

my request for the two thirds of serving my sentence, as well as title 18 Section 3624(C)(2).

Thank You for your consederation and time, May God be with you.
Respectfully, Anthony Spruill
Dated 3-29-19

To: Judge Hillman
From: Anthony Spruill
Subject: Elderly Offender Release Pursuant to 34 U.S.C. Section 60541(G)(1)(B)
Pre-release custody Pursuant to 3624(c) of title 18, Home Confinement Authority(2

Sir; Please accept this request for early release for an elderly offender. Pursuant to 34 U.S.C. Section 60541(G)(1)(B).
I am currently in-concerated at F.B.C: Canaan, Waymart, P.A. My B.O.P. registration number is 68909050. I was sentenced on 06-01-2017, To a term of 48 months. My committed date was, 09-06-2017. I was born on June 17, 1956, at the present time I am 62 years in age. It is my hope that title (18) 3624(c)(2) be activated so that if I am granted to serve two thirds of my sentence, I will be eligible for home confinement.
Sir, if you kindly review my chart, you will notice that I am not serving a sentence of violence in any form, as defined in section 16 of the title 18 U.S.C. code, or sex offenses as defined in section 111(5) or the sex offenders registration and notification act, 34 U.S.C. section 2091(5) or any other violent offenses. I have not escaped, or attempted to escape from any Bureau of Prisons or institution. Sir, I have been in this camp since my committment on 09-06-2017, And I believe that it has been determined by the Bureau of Prisons; that I am at no substantial risk of engaging in any criminal conduct or endangering any person or the public if released to home confinement. Sir, In regard to the Bureau of Prisons it was determined that release to home confinement, will result in a substantial net reduction of cost to the Federal Government. Sir, Federal Prison Camps are considered "out of custody" facilities without fences or walls and A Just Cause questions the wisdom of the federal government wasting billions of tax dollars of welfare style appropriations for non violent able body men at federal prison camps when home confinement can accomplish the same security and punitive objections without the enormous financial and social costs.
Sir, camp inmates presents no threat to society when they could walk away into the community in the same way they could walk away from their home. Sir, In according to the Federal Bureau of Prisons website, The Bureau, houses, clothes, feeds, and provides health-care for nearly 22,000 non violent offenders. Also according to calculations put together by "A Just Cause", using Florence Colorado's federal prison camp as a model, the (B.O.P.) is spending roughly $25 million per year to incarcerate 500 non-violent offenders, which means tax-payers are spending a total of $1.1 billion on welfare for 22,000

non violent offenders at 76 camps'. "Sir" On March 2016 in the Inspector General report, Shows the (B.O.P) spent $1.1 billion dollars on healthcare costs in 2014 as part of a $6.8 billion dollar annual budget'. Further-more, billions of dollars pour into halfway houses' to house low level offenders leaving prison who actually have homes to go to; Who actually have law abeding responsible family members who agree to provide housing and support at no cost to the tax-payers. Sir a study found that inmates who are released from prison to their home or to family members, have lower recidivism rates'. "Sir" One matter bewilders me and that is most of these laws that has been implemented, already existed and are only amended, which are to the most part better, so why are they so hard to activated'. Sir: I make it my business to listen clearly to what is said; Now the President of the U.S. said before he sign the bill into law that inmates (60) and older shall serve two thirds of there sentence, and inmates shall recieve (54) days in good time; His words where clear and direct; Along with other incentive, that inmates may recieve for credits towards to lower their sentence; This law was signed on Dec 21, 2018; To implement anything other than what the President stated, would be deviating from the truth of his profound words, and misleading the American People. I believe this prison reform bill is God sent, and a first step towards justice' if implemented properly!!

   I hereby verify and certify that all statements contained herein are true and accurate to the best of my knowledge and belief.

Signed   Anthony Spruill
Dated    03-01-2019

◇63909-050◇
Anthony Spruill
FPCC Unit g
PO BOX 200
Waymart, PA 18472
United States

Honorable Noel L. Hillman
United States District Judge
Camden, New Jersey 08101-2797
P.O. Box 2797

LEHIGH VALLEY PA 180
02 APR 2019 PM 2 L

THIS CORRESPONDENCE IS FROM AN INMATE
CURRENTLY IN THE CUSTODY OF
THE FEDERAL BUREAU OF PRISONS

