To: Honorable Noel L. Hillman
From: Anthony Spruill
Dated 5-17-19
Subject: Elderly Offender Release, Pursuant to 34 U.S.C. Section 60541 (G)(1)(B)
Pre-Release Custody Pursuant to 3624(c) of title 18)
Home Confinement Authority (2)

Your Honor please accept these amendments to (3624 of title 18) (A)(B)(C)(1). Which is pertinent to my argument. Before I go further I would like you to know without a doubt, that a request was sent out to Attorney General William Barr, at 950 Pennsylvania Avenue NW, Room 4400, Washington D.C. 20530
Sen: Corey Booker, 717 Hart Senate Office Building Washington, D.C. 20510;
Jared Kushner, The White House, 1600 Pennsylvania Ave. Washington D.C. 20500;
Letters and request, were sent on Mar (1) 2019, with the acception of: Warden Bradley sent out on 5-16-19; I did make requests to my case manager and was told that it was a dead issue with this Warden; Also he had already denied several other inmates, and this happen in March as well; I tell you this now for the benefit of the U.S. Attorney.

pg(1) Sir, I will now begin my arguments. First it is stated in (18 USCS § 3621) (A) Commitment to Custody of Bureau of Prisons: A person who has been sentenced to a term of imprisonment pursuant to the provisions of subchapter 227 (A) 18 U.S.C.S. § 3581) shall be committed to the custody of the Bureau of Prisons until the expiration of the term imposed, or until earlier released for satisfactory behavior pursuant to the provisions of section 3624 (18 U.S.C.S. § 3624)
Title 18 (3624) (A) Date of Release:
A prisoner shall be released by the bureau of Prisons on the date of the expiration of the prisoner's term of imprisonment, less any time credited toward the service of the prisoner's sentence as provided in subsection (B) Credit for service for satisfactory behavior A prisoner who is serving a term of imprisonment of more than (1) year, other than a term of imprisonment for the duration of the prisoner's life, may recieve credit toward the service of the prisoner's sentence, beyond the time served, of up to 54 days at the end of each year of the prisoner's term of imprisonment, beginning at the end of the first year of the term, subject to determination by the bureau of Prisons that, during that year, the prisoner has displayed exemplary compliance with institutional disciplinary regulations: So at this time the 47 days is sufficient for my argument.

pg(2) Title 18 3624(c) Pre-release custody!
(1) In general. The Director of the Bureau of Prisons shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term not to exceed 12 months, under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the re-entry of that prisoner into the community; Such conditions may include a community correctional facility.

34 U.S.C 60541(g)(1)(b)
(G) Elderly and family reunification for certain non-violent offenders pilot program.
(1) Program Authorized.
(B) Placement in Home Detention
In carrying out a pilot program as described in sub-paragraph (A) The attorney general may release some or all eligible elderly offenders from a Bureau of Prisons facility and placing such offenders on home detention until the expiration of the prison term to which the offender was sentenced!

Your Honor, please look at the exhibit attached, I will attempt to number them. Credit for service for satisfactory behavior. From pg (1). Here you see B.O.P. have already given me 188 days G.C.T credit and set my projected release date. You can see this computation was certified on 09-26-2017. My first update was 9-6-17

pg(3) Total G.C.T earned as of 5-16-19) Exhibit (2) Now in exhibit (3) you will see my Home Detention eligibility date set at 10-05-2020; I am told this date will be change; But for now I am giving you what I have at this point; I wanted you to review how B.O.P. calculated, Good conduct credits; You notice they put 54 days, yet it really is conculated to 47 days per year which totals 188 days! Exhibit (4).

Now Exhibit (5), Your Honor B.O.P. Is talking about assentment before implementing certain statues; From my knowledge the person who knows every inmate in this place is our case Manager, and basically he prepares the data that will be review! Here is my Identifying Data! Which will be in my assessment!! The reason why I bring this to your attention, is so that you can see first hand how B.O.P. is working! So now without 2\3 I am eligible to recieve 12 months or less which may be split between the halfway house and or home confinement; see page (2) Pre-release Custody (1)

pg. 4  Your Honor' I applied for 2\3 under Elderly Offender Release Pursuant to 34 U.S.C. Section 60541(G)(1)(B), also Pre-release status Pursuant to 3624 (A)(B)(C)(1):

I can see no reason why (3624)(A)(B)(C)(1) should not apply to the 2\3, nor do I see no justifiable arguments in the prison reform bill. Review Exhibit (1)(2)(4)..

The Supreme Court in Michael G. Barber v. G.E. Thomas, Warden, stated, The Federal Bureau of Prison's method for calculating good time under 18 U.S.C.S. 3624(B) held to be most natural reading of statue and thus lawful. The B.O.P. is I was told by my case Manager, is that those who apply for 60 and older bill cannot or should I say, excluded from 3624 and cannot recieve the 47 days applied to there 2\3; Your Honor I have not seen that in the Prison reform bill; Excuse me Your Honor, It was said that I will not recieve it *all in any form because of the 1\3 that is applied to the bill; That decision if stands is totally arbitrary;

The fact that Congress carefully rewrote the revlerant section in a way that makes my right signifucantly more valuable tends to support the conclusion that the changes in language made by B.O.P. were deliberate and should not be ignored!

Your Honor; Justice Steven's, with whom Justice White joins, dissenting. Nevertheless states in U.S. v. Wilson 503 U.S. 338 pg 603:

pg(5) The defendants right to the full credit authorized by the statue is obviously an important right. Both the Attorney General and the sentencing judge have a duty to respect and protect that right. Moreover, it is clear that in the event there is a dispute between the parties over the right to a credit, the dispute must be resolved by the court. No one contends that the Attorney General has unreviewable discretion to determine the appropriate credit in any case. pg 603 It is not lightly to be assumed that Congress intended to depart from a long established policy.

Your Honor, Section 3624(c) of title 18 United States code, as amended by this section, shall apply with respect to all inmates regardless of the date of there offense. Despite (54) days being clearly written in statue, The B.O.P. has interpret the statue based on the maximum of 47 days per year. see Exhibit (1)(2).

Your Honor, this bill in its form was meant to be good. The Presidents words was to give those 60 and older some type of reliere, he stated that those 60 and older shall serve no more than two thirds of there sentence along with any other benefits that will reduce there sentence, he went on and stated 10 to 15 well be implemented towards your sentence for productive activity's, all this was to reduce your sentence; Not to this mantle it as some are trying to do; Nevertheless,

Pg 6 God will have the last word, and I believe what was done in the dark behind close doors will come to light. Your Honor, § 3624(c) of title 18, U.S. Code (A) (C) "Pre-release Custody; (1) Clearly states the Director of the Bureau of Prisons shall, to the extent practicable, ensure that a prisoner serving a term of imprisonment spends a portion of the final months of that term (not to exceed 12 months), under conditions that will afford that prisoner a reasonable opportunity to adjust to and prepare for the reentry of that prisoner into the community. Such conditions may include a community correctional facility."

Your Honor this is for every inmate, so why those, the 60 years of age and older are being exempt from (3624c) and other benefits. The law is clear so how can this happen in our society?

In an opinion by Justice Harlan, states Where the conviction or sentence in fact is not authorized by substantive law, then finality interests are at their weakest. He also stated, there is little societal interest in permitting the criminal process to rest at a point where it ought properly never to repose. Mackey at 693 Welch at 126.

In United States Railroad Retirement Board
-v-
Gerhard H. Fritz
449 U.S. 166, 66 L Ed 2d 368

pg 7  Justice Brennan, and Justice Stevens concuring in the judgment. "When Congress deprives a small class of persons of vested rights that are protected and, indeed, even enhanced, for others who are in a similar though not identical position, I believe the Constitution requires something more than merely a 'conceivable' or a 'plausible' explanation for the unequal treatment;"

Although the fifth Amendment contains no equal protection clause, it does forbid discrimination that is so unjustifable as to be violative of due process;

Your Honor it is my deepest hope and prayers that this Court those not take a blind eye to this very serious matter!

I also like to state that I do not hold any bad feelings towards my Case Worker, due to the fact that he has been very helpful to me sense I enter this Camp! And he has my respect but he have to answer to his boss the Warden.
In that regard it has been months see-ing people rejected by the Warden; and not being able to get no where. So I thank God for putting in my heart to write you, Judge Hillman, because I have tremendous respect for you Thank you for recieving me!

pg 8    May God bless you and the decisions you make!

I therefore verify and certify that all statements contained herein are true and accurate to the best of my knowledge and belief

Dated 5-18-19

```
CAAHP  540*23  *           SENTENCE MONITORING           *     09-08-2017
PAGE 002 OF 002 *           COMPUTATION DATA              *     16:37:24
                            AS OF 09-08-2017

REGNO..: 63909-050 NAME: SPRUILL, ANTHONY


------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 09-06-2017 AT DSC AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-06-2017
TOTAL TERM IN EFFECT............:    48 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     4 YEARS
EARLIEST DATE OF OFFENSE........: 09-29-2011

JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                    11-01-2011   11-02-2011

TOTAL PRIOR CREDIT TIME.........: 2
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 188  6m 7+5
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: 02-27-2021
EXPIRATION FULL TERM DATE.......: 09-03-2021
TIME SERVED.....................:     5 DAYS
PERCENTAGE OF FULL TERM SERVED..:   0.3

PROJECTED SATISFACTION DATE.....: 02-27-2021
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 09-06-17 V/S TO CAA USP




     000       TRANSACTION SUCCESSFULLY COMPLETED
```

Exhibit (2)

```
     CAAHP  540*23 *          SENTENCE MONITORING              *     05-16-2019
     PAGE 002 OF 002 *         COMPUTATION DATA                *     08:34:29
                              AS OF 05-16-2019

     REGNO..: 63909-050 NAME: SPRUILL, ANTHONY


     ------------------------CURRENT COMPUTATION NO: 010 --------------------------

     COMPUTATION 010 WAS LAST UPDATED ON 09-06-2017 AT DSC AUTOMATICALLY
     COMPUTATION CERTIFIED ON 09-26-2017 BY DESIG/SENTENCE COMPUTATION CTR

     THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
     CURRENT COMPUTATION 010: 010 010

     DATE COMPUTATION BEGAN..........: 09-06-2017
     TOTAL TERM IN EFFECT............:   48 MONTHS
     TOTAL TERM IN EFFECT CONVERTED..:    4 YEARS
     EARLIEST DATE OF OFFENSE........: 09-29-2011

     JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                         11-01-2011   11-02-2011

     TOTAL PRIOR CREDIT TIME.........: 2
     TOTAL INOPERATIVE TIME..........: 0
     TOTAL GCT EARNED AND PROJECTED..: 188
     TOTAL GCT EARNED................: 54
     STATUTORY RELEASE DATE PROJECTED: 02-27-2021
     EXPIRATION FULL TERM DATE.......: 09-03-2021
     TIME SERVED.....................:    1 YEARS      8 MONTHS     13 DAYS
     PERCENTAGE OF FULL TERM SERVED..:  42.4

     PROJECTED SATISFACTION DATE.....: 02-27-2021
     PROJECTED SATISFACTION METHOD...: GCT REL

     REMARKS.......: 09-06-17 V/S TO CAA USP




     G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

```
CAAHP  540*23  *        SENTENCE MONITORING         *    05-16-2019
PAGE 001       *         COMPUTATION DATA           *    08:34:29
                         AS OF 05-16-2019
```

REGNO..: 63909-050 NAME: SPRUILL, ANTHONY

```
FBI NO............: 504261R10        DATE OF BIRTH: 06-17-1956  AGE:  62
ARS1..............: CAA/A-DES
UNIT..............: G UNIT            QUARTERS.....: G01-044L
DETAINERS.........: NO                NOTIFICATIONS: NO
```

HOME DETENTION ELIGIBILITY DATE: 10-05-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: 02-27-2021 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

```
COURT OF JURISDICTION.............: NEW JERSEY
DOCKET NUMBER.....................: 1:12-CR-00515-NLH-1
JUDGE.............................: HILLMAN
DATE SENTENCED/PROBATION IMPOSED: 06-01-2017
DATE COMMITTED....................: 09-06-2017
HOW COMMITTED.....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED.................: NO

             FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.: $100.00       $00.00          $00.00        $00.00

RESTITUTION...: PROPERTY: NO  SERVICES: NO    AMOUNT: $00.00
```

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....: 391
OFF/CHG: 21:846;21:841(A)(1) & (B)(1)(C)CONSPIRACY TO PWITD A QUANTITY
         HEROIN (CT-1)

```
 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    48 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 DATE OF OFFENSE.................: 09-29-2011
```

G0002        MORE PAGES TO FOLLOW . . .

```
 CAAHP  542*22 *         SENTENCE MONITORING          *    05-16-2019
 PAGE 001 OF 001 *         GOOD TIME DATA             *    08:37:05
                         AS OF  05-16-2019

REGNO...: 63909-050   NAME: SPRUILL, ANTHONY
ARS 1...: CAA A-DES                                PLRA
COMPUTATION NUMBER..: 010                  PRT   ACT DT:
LAST UPDATED: DATE.: 09-06-2017    FACL..: DSC    CALC: AUTOMATIC
UNIT................: G UNIT       QUARTERS............: G01-044L
DATE COMP BEGINS....: 09-06-2017   COMP STATUS.........: COMPLETE
TOTAL JAIL CREDIT...: 2            TOTAL INOP TIME.....: 0
CURRENT REL DT......: 07-11-2021 SUN   EXPIRES FULL TERM DT: 09-03-2021
PROJ SATISFACT DT...: 02-27-2021 SAT   PROJ SATISF METHOD..: GCT REL
ACTUAL SATISFACT DT.:              ACTUAL SATISF METHOD:
DAYS REMAINING......:              FINAL PUBLC LAW DAYS:
GED PART STATUS.....:              DEPORT ORDER DATED..:

-------------------------------GOOD CONDUCT TIME AMOUNTS-----------------------------

   START         STOP        MAX POSSIBLE TO    ACTUAL TOTALS    VESTED     VESTED
   DATE          DATE        DIS     FFT        DIS     FFT      AMOUNT     DATE
 09-04-2017   09-03-2018      54      54
 09-04-2018   09-03-2019      54
 09-04-2019   09-03-2020      54
 09-04-2020   02-27-2021      26

    TOTAL EARNED AMOUNT.........................................:      54
    TOTAL EARNED AND PROJECTED AMOUNT...........................:     188


G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

G Exhibit (5)

```
       CAAHP   606.00  *      MALE CUSTODY CLASSIFICATION FORM      *      05-16-2019
      PAGE 001 OF 001                                                       08:39:06
                                  (A) IDENTIFYING DATA
      REG NO..: 63909-050           FORM DATE: 02-05-2019         ORG: CAA
      NAME....: SPRUILL, ANTHONY
                                                MGTV: NONE
      PUB SFTY: NONE                            MVED:
                                  (B) BASE SCORING
      DETAINER: (0) NONE             SEVERITY.......: (1) LOW MOD
      MOS REL.: 24                   CRIM HIST SCORE: (10) 13 POINTS
      ESCAPES.: (0) NONE             VIOLENCE.......: (0) NONE
      VOL SURR: (3) VOL SURR         AGE CATEGORY...: (0) 55 AND OVER
      EDUC LEV: (0) VERFD HS DEGREE/GED  DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                                  (C) CUSTODY SCORING
      TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
      LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (5) NONE
      FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD


                          --- LEVEL AND CUSTODY SUMMARY ---
      BASE CUST VARIANCE  SEC TOTAL   SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
       +8   +20    -4        +4       MINIMUM        N/A           OUT    DECREASE



      G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

BP-A0148
JUNE 10
U.S. DEPARTMENT OF JUSTICE

INMATE REQUEST TO STAFF CDFRM

FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Warden Bradley | DATE: 5-16-19 |
|---|---|
| FROM: Anthony Spruill | REGISTER NO.: 63909050 |
| WORK ASSIGNMENT: | UNIT: G |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Mr. Bradley I am attaching a letter request for Elderly Offender Release Pursuant to 34 U.S.C. Section 60541 (G)(1)(B) also 3624 (A)(B)(C)

(CC) Attorney General William Barr
" Jared Kushner, Adviser to the President
" Sen. Corey Booker

(Do not write below this line)

DISPOSITION:

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
PDF                      Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER          SECTION 6

63909-050
Anthony Spruill
FPCC UNIT G
PO BOX 200
Waymart, PA 18472
United States

Honorable Noel L. Hillman
United States District Judge
Camden, New Jersey 08101-2797
P.O. Box 2797